IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| EQUIFAX, LLC , | ) ) |
| Defendant. | ) ) |

Civil Action No. 11-05439

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter the appearance of James A. Francis on behalf of Plaintiff in the above-captioned matter.

                                      **Respectfully submitted,**

                                      **FRANCIS & MAILMAN, P.C.**

BY:   _/s/ James A. Francis_____
           JAMES A. FRANCIS
           Land Title Building, 19th Floor
           100 South Broad Street
           Philadelphia, PA 19110
           (215) 735-8600

Date: August 30, 2011