**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA MATARAZZO, on behalf of herself and all others similarly situated,** ) ) ) **Plaintiff,** ) ) **vs.** ) ) **EQUIFAX, LLC** , ) ) **Defendant.** ) ) | **Civil Action No. 11-05439** |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Erin A. Novak on behalf of Plaintiff in the above-captioned matter.

                      **Respectfully submitted,**

                      **FRANCIS & MAILMAN, P.C.**

    BY:    _/s/ Erin A. Novak_____
                 ERIN A. NOVAK
                 Land Title Building, 19th Floor
                 100 South Broad Street
                 Philadelphia, PA 19110
                 (215) 735-8600

Date: August 30, 2011