**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA MATARAZZO,**          )<br>                                            )<br>          **Plaintiff,**            )<br>**v.**                                       )<br>                                            )<br>**EQUIFAX INFORMATION**  )<br>**SERVICES, LLC,**              )<br>                                            )<br>          **Defendant.**          )<br>                                            ) | **Civil Action No. 2:11-cv-05439-JD** |

**STIPULATION CONCERNING DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), by Counsel, hereby file this Stipulation Concerning Deadline to File Answer or Otherwise Respond to Amended Complaint as follows:

1. Plaintiff's original complaint was filed on August 29, 2011 (Doc. 1).

2. Equifax executed a waiver of service form that made its answer or other response due on November 7, 2011.

3. Subsequently, Plaintiff filed an amended complaint on October 20, 2011 (Doc. 5).

4. The parties have agreed that Equifax will only file an answer or other responsive pleading to the amended complaint and will do so on or before November 30, 2011.

This 31st day of October, 2011.

**SO STIPULATED:**

/s/  Catherine Olanich Raymond **CR 1340**
Catherine Olanich Raymond
Christie, Pabarue, Mortensen and Young,
 *A Professional Corporation*
1880 JFK Boulevard, 10th Floor
Philadelphia, PA  19103
*Attorneys for Defendant Equifax*
*Information Services LLC*

/s/ *Robert P. Cocco* (with permission)
Robert P. Cocco
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
*Attorney for Plaintiff*

**APPROVED:**

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

      This is to certify that I have this day electronically filed a true and correct copy of the foregoing **STIPULATION CONCERNING DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

      Robert P. Cocco, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA  19102

      Leonard A. Bennett, Esq.
      Consumer Litigation Associates, P.C.
      12515 Warwick Blvd., Suite 201
      Newport News, VA  23606

      James A. Francis, Esq.
      Francis & Mailman
      Land Title Building
      100 South Broad Street
      19th Floor
      Philadelphia, PA 19110

Dated: October 31, 2011.

      /s/  *Catherine Olanich Raymond*
      CATHERINE OLANICH RAYMOND