**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA MATARAZZO,** ) | |
| ) | **Civil Action No. 2:11-cv-05439-JD** |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **EQUIFAX INFORMATION** ) | |
| **SERVICES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW Defendant Equifax Information Services LLC and submits the following

Rule 7.1 Disclosure Statement:

The nongovernmental corporate party, Equifax Information Services LLC, in the above

listed civil action has the following parent corporation and publicly held corporation that owns

10% or more of its stock:  Equifax Inc.

Dated: November 9, 2011.

Respectfully submitted,

*/s/ Catherine Olanich Raymond* **CR 1340**
Catherine Olanich Raymond
Christie, Pabarue, Mortensen and Young,
 *A Professional Corporation*
1880 JFK Boulevard, 10th Floor
Philadelphia, PA  19103
coraymond@cpmy.com

Attorneys for Defendant Equifax Information
Services LLC

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the

foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC RULE 7.1**

**DISCLOSURE STATEMENT** with the Clerk of the Court using the ECF system, which will

send notification of such filing to the following counsel of record:


Robert P. Cocco, Esq.
Robert P. Cocco, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA  23606

James A. Francis, Esq.
Francis & Mailman
Land Title Building
100 South Broad Street
19th Floor
Philadelphia, PA 19110

Dated: November 9, 2011.

/s/  Catherine Olanich Raymond
CATHERINE OLANICH RAYMOND