UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MATARAZZO, | § | CLASS ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:11-cv-05439-JD |
| | § | |
| EQUIFAX INFORMATION SERVICES LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## EQUIFAX INFORMATION SERVICES LLC'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Equifax Information Services LLC ("Equifax"), after consultation with counsel for Plaintiff, moves the Court for an Order extending the time in which Equifax may answer, move or otherwise respond to Plaintiff's Amended Complaint to and including January 31, 2012. In support of the Uncontested Motion, Equifax states as follows:

1. Plaintiff's Complaint was filed on August 29, 2011 and named Equifax Inc. as a defendant;

2. Plaintiff's Amended Complaint was filed on October 10, 2011. (Doc. 5.) Equifax's response is due on November 30, 2011. (Doc. 7.)

3. Counsel for Plaintiff and Equifax have conferred and agreed that Equifax will file its response to the Amended Complaint by January 31, 2012, subject to the Court's approval.

4. Accordingly, Equifax requests that the deadline for responding to Plaintiff's Amended Complaint be extended through and including January 31, 2012.

WHEREFORE, Equifax respectfully requests that the Court grant this uncontested motion and requests an Order extending the time in which Equifax may answer, move or otherwise respond to Plaintiff's Complaint to and including January 31, 2012.

This 21st day of November, 2011.

By: __CR 1340__ /s/ Catherine O. Raymond
Catherine Olanich Raymond
Christie, Pabarue, Mortensen and Young,
 *A Professional Corporation*
1880 JFK Boulevard, 10th Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 587-1600
Email: coraymond@cpmy.com

***Counsel for Defendant Equifax Information Services LLC***

## CERTIFICATION OF COUNSEL PURSUANT TO LR 7.1(b)

Pursuant to Local Rule 7.1(b), the undersigned counsel for Defendant Equifax Information Services, LLC hereby certifies that the foregoing Motion for Extension of Time to Respond to Plaintiff's Amended Complaint is uncontested.

This 21st day of November, 2011.

By: _____
Catherine Olanich Raymond
Christie, Pabarue, Mortensen and Young,
*A Professional Corporation*
1880 JFK Boulevard, 10th Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 587-1600
Email: coraymond@cpmy.com

*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT upon the following parties by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

>Robert P. Cocco, P.C.
>1500 Walnut Street, Suite 900
>Philadelphia, PA  19101

This 21st day of November, 2011.

_____
CATHERINE OLANICH RAYMOND