# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendant. | Civil Action No. 11-5439<br><br>CLASS ACTION |

## PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION

Plaintiff Lisa Matarazzo, by counsel, pursuant to Federal Rule of Civil Procedure 23(c), hereby requests an extension of time to move for class certification. The reasons for the request are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated: November 22, 2011

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

By:    */s/ James A. Francis*
      JAMES A. FRANCIS
      ERIN A. NOVAK
      Land Title Building, 19th Floor
      100 South Broad Street
      Philadelphia, PA  19110

**Robert P. Cocco, P.C.**
ROBERT P. COCCO
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

*Attorneys for Plaintiff and the Class*