**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA MATARAZZO**, on behalf of herself and all others similarly situated,<br><br>   **Plaintiff**,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>   **Defendant.** | Civil Action No. 11-5439<br><br>**CLASS ACTION** |

## ORDER

AND NOW, upon consideration of Plaintiff's Motion to Extend Time to Move for Class Certification (the "Motion"), and Defendant's response thereto, and good cause appearing therefore,

IT IS, this ___ day of _____, 2011, HEREBY ORDERED that the Motion is GRANTED. The time for Plaintiff to file her Motion for Class Certification shall be extended to a date thirty (30) days after the close of class discovery or a date set by this Court after a Rule 16 Conference.

JAN E. DUBOIS, U.S.D.C.