## CERTIFICATE OF SERVICE

I, **JAMES A. FRANCIS**, do hereby certify that on this 22nd day of November, 2011, I caused a true and correct copy of Plaintiff's Motion to Extend Time to Move for Class Certification to be served by ECF notification upon the following:

Catherine Olanich Raymond, Esq.
Christie Pabarue Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA  19103
coraymond@cpmy.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

**FRANCIS & MAILMAN, P.C.**

  */s/ James A. Francis*
JAMES A. FRANCIS
Attorney for Plaintiff and the Class
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600