IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC;<br><br>Defendant. | Case No. 2:11-cv-05439-JD |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BARRY GOHEEN

THE UNDERSIGNED, Catherine Olanich Raymond, pursuant to E.D. Pa. LR 83.5.2, and as a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, respectfully moves that Barry Goheen, an attorney with the firm of King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia, 30309, be admitted to appear and practice in this Court in the instant case as counsel *pro hac vice* for Defendant Equifax Information Services LLC ("Equifax"). In support of this motion I state:

1. Mr. Goheen is a member of the Bar of the State of Georgia, The United States District Court for the Middle District of Georgia; the United States District Court for the Northern District of Georgia; the State of Tennessee, the United States District Court for the Middle District of Tennessee, the United States District Court for the Western District of Wisconsin, 1st Circuit Court of Appeals; 2nd Circuit Court of Appeals, 4th Circuit Court of Appeals, 6th Circuit Court of Appeals, 7th Circuit Court of Appeals, 9th Circuit Court of Appeals, and 11th Circuit Court of Appeals.

2. Mr. Goheen is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice. A copy of his Affidavit in support of this motion is attached hereto.

3. There are no disciplinary proceedings pending against Mr. Goheen in any jurisdiction in which he is admitted to practice.

4. Mr. Goheen is familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

I certify that I know that the applicant is a member in good standing of the Bar of the State Court of Georgia and that the applicant's private and professional character is good.

Respectfully submitted this 8th day of December, 2011.

EQUIFAX INFORMATION SERVICES LLC,

By: _____ CR1340
One of its Attorneys
Catherine Olanich Raymond, Esq.
Christie, Pabarue, Mortensen and
Young, A Professional Corporation
1880 JFK Boulevard - 10th Floor
Philadelphia, PA 19103
(215) 587-1600