## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA MATARAZZO,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**EQUIFAX INFORMATION SERVICES** )<br>**LLC,** )<br>)<br>**Defendants.** )<br>) | **Case No. 2:11-cv-05439-JD** |

### AFFIDAVIT OF BARRY GOHEEN IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF GEORGIA      )
                        )
COUNTY OF FULTON     )

BARRY GOHEEN, of full age, hereby deposes and says:

1.     I am a member of the law firm of King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309.

2.     I make this Affidavit in support of the motion to admit me *pro hac vice* to appear and participate in this matter as attorney for defendant Equifax Information Services LLC. I have personal knowledge of the matters set forth herein.

3.     I am a member in good standing with the State of Georgia, the United States District Court for the Middle District of Georgia; the United States District Court for the Northern District of Georgia; the State of Tennessee, the United States District Court for the Middle District of Tennessee, the United States District Court for the Western District of Wisconsin, 1st Circuit Court of Appeals; 2nd Circuit Court of Appeals, 4th Circuit Court of

Appeals, 6th Circuit Court of Appeals, 7th Circuit Court of Appeals, 9th Circuit Court of Appeals, and 11th Circuit Court of Appeals.

4.      King & Spalding LLP is associated with Catherine Olanich Raymond of Christie, Pabarue, Mortensen and Young, A Professional Corporation, for the defendant in this lawsuit. That firm's offices are located at 1880 JFK Boulevard, 10th Floor, Philadelphia, PA 19103.  Ms. Raymond and her law firm are qualified to practice before this Court.

5.      Equifax Information Services LLC has requested that my firm and I represent them in the defense of this matter.

6.      It is respectfully submitted that there is good cause for my admission *pro hac vice*.  This lawsuit involves issues relating to credit reporting in which both my firm and I have experience and expertise.  My firm and I have established a relationship with the defendant and have represented Equifax in numerous other credit reporting matters.

7.      I am a member in good standing of the Bar of the State of Georgia.  I have not been convicted of any crimes.  I have not been censored, disciplined, suspended or disbarred by any court; nor are there any disciplinary proceedings pending against me in any court.

8.      I respectfully request that I be admitted to practice before the United States District Court, Eastern District of Pennsylvania for the purposes of participation in this action.

_____

Barry Goheen

Sworn to and subscribed before me
this 6th day of December, 2011.

_____
Notary Public
My Commission Expires:  6/28/2014



## COURTS BARRY GOHEEN ADMITTED TO PRACTICE:
## ATTACHMENT

| Courts: | Date: |
| --- | --- |
| United States District Court for the Georgia Middle District Court | 2000 |
| United States District Court for the Georgia Northern District Court | 1997 |
| United States District Court for the Middle District of Tennessee | July 11, 1995 |
| United States District Court for the Western District of Wisconsin | 1998 |
| State of Georgia | 1997 |
| State of Tennessee | 1994 |
| 1st Circuit Court of Appeals | 2004 |
| 2nd Circuit Court of Appeals | 1/28/2009 |
| 4th Circuit Court of Appeals | 2007 |
| 6th Circuit Court of Appeals | 1996 |
| 7th Circuit Court of Appeals | 2006 |
| 9th Circuit Court of Appeals | 2009 |
| 11th Circuit Court of Appeals | 1999 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF and by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

>
> Robert P. Cocco, P.C.
> 1500 Walnut Street, Suite 900
> Philadelphia, PA  19101

12/8/2011.

Catherine Olanich Raymond