**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA MATARAZZO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 2:11-cv-05439-JD** |
| ) | |
| **EQUIFAX INFORMATION SERVICES** ) **LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

AND NOW, this ____ day of _____, 2011, upon considering the motion to admit Barry Goheen as counsel *pro hac vice* for Defendant Equifax Information Services LLC ("Equifax") in the above-captioned action, it is hereby ordered that Barry Goheen is admitted in this case as counsel *pro hac vice* for Equifax.

BY THE COURT

_____
U.S. District Judge