IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LISA MATARAZZO,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No. 2:11-cv-05439-JD |

## ORDER

AND NOW, this 9th day of DEC., 2011, upon considering the motion to admit Barry Goheen as counsel *pro hac vice* for Defendant Equifax Information Services LLC ("Equifax") in the above-captioned action, it is hereby ordered that Barry Goheen is admitted in this case as counsel *pro hac vice* for Equifax.

BY THE COURT

_____
Jan E. DuBois
U.S. District Judge