**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA MATARAZZO, on behalf of herself and all others similarly situated,** )   )   ) | |
| **Plaintiff,** ) | Civil Action No. 11-05439 |
| **vs.** ) ) | Class Action |
| **EQUIFAX, LLC,** ) ) | |
| **Defendant.** ) ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of David A. Searles on behalf of Plaintiff in the above-captioned matter.

                            **Respectfully submitted,**

                            **FRANCIS & MAILMAN, P.C.**

               BY:    _/s/ David A. Searles_____
                          DAVID A. SEARLES
                          Land Title Building, 19th Floor
                          100 South Broad Street
                          Philadelphia, PA 19110
                          (215) 735-8600

Date: December 16, 2011