IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Civil Action No. 11-5439<br><br>CLASS ACTION |

## JOINT PROPOSED DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26(f), counsel for the Plaintiff and Defendant hereby submit this Joint Proposed Discovery Plan.

Defendant has represented that it will be filing a motion to dismiss, which Plaintiff will oppose. Accordingly, the parties propose that further scheduling shall abide the Court's disposition of the motion to dismiss. Following that disposition, the parties proposed that they meet and confer, and if necessary, have a status conference with the Court, concerning the scheduling of all discovery, expert reports, class certification and dispositive motion deadlines as appropriate.

                                                      FRANCIS & MAILMAN, P.C.

By:   */s/ James A. Francis*
       JAMES A. FRANCIS
       ERIN A. NOVAK
       Land Title Building, 19th Floor
       100 South Broad Street
       Philadelphia, PA 19110
       (215) 735-8600

**ROBERT P. COCCO, P.C.**
ROBERT P. COCCO
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 351-0200

**CONSUMER LITIGATION ASSOCIATES, P.C.**
LEONARD A. BENNETT
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660

*Attorneys for Plaintiff and the Class*

By: _____
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Tel.: (404) 572-3079
Fax: (404) 572-5172
TLove@KSLAW.com
***Attorneys for Defendant Equifax Information Services, LLC***