IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MATARAZZO, and on behalf of all others similarly situated, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-5439 |
| v. | : | |
| EQUIFAX INFORMATION SERVICES, LLC, | : | |
| Defendant. | : | |

## SCHEDULING ORDER

**AND NOW**, this 5th day of January, 2012, following the first part of an Initial Pretrial Conference on said date, the parties having proposed that discovery and all further proceedings be deferred until the Court rules on a motion to dismiss to be filed by defendant, **IT IS ORDERED** as follows:

1. Defendant shall file and serve its motion to dismiss on or before January 31, 2012. Plaintiff shall file and serve her response to the motion to dismiss on or before February 21, 2012. Defendant is granted leave to file and serve a reply in further support of its motion to dismiss on or before March 2, 2012. Two (2) copies of all such documents shall be served on the Court (Chambers, Room 12613) when the originals are filed;

2. The time for filing plaintiff's motion for class certification is extended until further order of the Court; and,

3. The Court will reconvene the Initial Pretrial Conference for the purpose of scheduling further proceedings in the event the motion to dismiss is denied in whole or in part.

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.