# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | | |
|---|---|---|
| LISA MATARAZZO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 2:11-cv-05439-JD |
| | : | |
| EQUIFAX INFORMATION SERVICES LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant Equifax Information Services LLC's Motion to Transfer Venue is **GRANTED**, and it is hereby **ORDERED** that this case be transferred to the United States District Court for the Northern District of Georgia, Atlanta Division.

So ordered this ___ day of February, 2012.

_____
JAN E. DUBOIS
United States District Judge

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | | |
|---|---|---|
| LISA MATARAZZO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 2:11-cv-05439-JD |
| | : | |
| EQUIFAX INFORMATION SERVICES LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant Equifax Information Services LLC's Motion to Dismiss is **GRANTED**, and it is hereby **ORDERED** that this case be dismissed for failure to state a claim.

So ordered this ___ day of February, 2012.

_____
JAN E. DUBOIS
United States District Judge