IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO,<br>   Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>   Defendants. | CIVIL ACTION<br><br>NO. 2:11-cv-05439-JD |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Catherine Olanich Raymond as counsel for Equifax Information Services LLC in the above-captioned action.

     Respectfully submitted,
     CHRISTIE, PABARUE, MORTENSEN AND YOUNG,
     *A Professional Corporation*

     /s/ Catherine Olanich Raymond
     CATHERINE OLANICH RAYMOND (I.D. 43116)
     coraymond@cpmy.com
     1880 JFK Boulevard, 10th Floor
     Philadelphia, PA  19103
     (215) 587-1600

     Attorneys for Defendant,
     Equifax Information Services LLC

Dated: February 3, 2012

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of defendant Equifax Information Services LLC, in the above-captioned action.

Respectfully submitted,
CHRISTIE, PABARUE, MORTENSEN AND YOUNG,
*A Professional Corporation*

_____
JAMES W. CHRISTIE (I.D. 12068)
jwchristie@cpmy.com

_____
ANNELIESE SCOTT (I.D. 93486)
ascott@cpmy.com
1880 JFK Boulevard, 10th Floor
Philadelphia, PA   19103
(215) 587-1600

Attorneys for Defendant
Equifax Information Services LLC

Dated:   February 3, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance/Entry of Appearance will be served upon all counsel that do not receive electronic confirmation of this filing by first class mail, postage pre-paid, as follows:

> Robert P. Cocco, P.C.
> 1500 Walnut Street, Suite 900
> Philadelphia, PA 19102
>
> Leonard A. Bennett, Esq.
> Consumer Litigation Associates, P.C.
> 12515 Warwick Blvd., Suite 201
> Newport News, VA 23606
>
> James A. Francis, Esq.
> Francis & Mailman
> Land Title Building
> 100 South Broad Street
> 19th Floor
> Philadelphia, PA 19110

_____
ANNELIESE SCOTT

Dated: February 3, 2012