IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MATARAZZO, and on behalf of all others similarly situated, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-5439 |
| v. | : | |
| EQUIFAX INFORMATION SERVICES, LLC, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 5th day of March, 2012, upon consideration of the joint request of the parties for additional time to complete the briefing on Defendant's Motion to Transfer Venue and/or Dismiss Plaintiff's Complaint, so as to enable the parties to continue their settlement discussions,[1] and good cause appearing, **IT IS ORDERED** the briefing schedule with respect to Defendant's Motion to Transfer Venue and/or Dismiss Plaintiff's Complaint is **AMENDED**, as follows:

1. Plaintiff shall file and serve a response to Defendant's Motion on or before March 20, 2012;

2. Defendant may file and serve a reply in further support of its Motion on or before April 3, 2012; and,

3. Two (2) copies of each of the aforesaid documents shall be served on the Court (Chambers, Room 12613) when the original is filed.

BY THE COURT:

_____
JAN E. DUBOIS, J.

---

[1] A copy of the letter/request dated March 5, 2012, shall be docketed by the Deputy Clerk.